```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                          CASE NO. 05 B 50810
   REGINALD M COLLINS
   MURIEL J COLLINS                              CHAPTER 13

                                                 JUDGE: JACK B SCHMETTERER
           Debtor
   SSN XXX-XX-9371     SSN XXX-XX-1489

-------------------------------------------------------------------------------
                  TRUSTEE'S FINAL REPORT AND ACCOUNT
-------------------------------------------------------------------------------
     The case was filed on 10/12/2005 and was confirmed 12/14/2005.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors 100.00%.

     The case was paid in full 11/26/2007.
-------------------------------------------------------------------------------
CREDITOR NAME               CLASS           CLAIM AMOUNT    INTEREST      PRINCIPAL
                                                            PAID          PAID
-------------------------------------------------------------------------------
CREDIGY RECEIVABLES INC  UNSEC W/INTER      4547.77          328.38        4547.77
CITIMORTGAGE INC         CURRENT MORTG         .00              .00            .00
ASSET ACCEPTANCE CORP    UNSEC W/INTER NOT FILED               .00            .00
ASSOCIATED LABORATORY PH UNSEC W/INTER NOT FILED               .00            .00
BP CITI                  UNSEC W/INTER NOT FILED               .00            .00
LVNV FUNDING LLC         UNSEC W/INTER       739.70           46.32         739.70
COL/DEBT COLLECTION SYST UNSEC W/INTER NOT FILED               .00            .00
FNB BROOKING             UNSEC W/INTER NOT FILED               .00            .00
CLERK OF THE COURT       NOTICE ONLY   NOT FILED               .00            .00
GASTRO ASSOC OG OLYMP FL UNSEC W/INTER NOT FILED               .00            .00
ASSET ACCEPTANCE CORP    UNSEC W/INTER      1310.93           84.17        1310.93
ECAST SETTLEMENT CORP    UNSEC W/INTER      2097.69          151.49        2097.69
ECAST SETTLEMENT CORP    UNSEC W/INTER      1891.15          136.57        1891.15
PELLETTIERI & ASSOC      UNSEC W/INTER       383.93           24.01         383.93
PELLETTIERI & ASSOC      UNSEC W/INTER      1294.48           76.90        1294.48
TATE & KIRLIN            UNSEC W/INTER NOT FILED               .00            .00
MARSHALL FIELDS          UNSEC W/INTER NOT FILED               .00            .00
I C COLLECTION SERVICE   UNSEC W/INTER NOT FILED               .00            .00
UNIFUND CO               UNSEC W/INTER NOT FILED               .00            .00
FIRST NATIONAL BANK OF O UNSEC W/INTER      3892.18          281.02        3892.18
PELLETTIERI & ASSOC      UNSEC W/INTER       525.11           15.71         525.11
ERNESTO D BORGES JR      DEBTOR ATTY       2,200.00                       2,200.00
TOM VAUGHN               TRUSTEE                                          1,188.31
DEBTOR REFUND            REFUND                                              40.18

        Summary of Receipts and Disbursements:
-------------------------------------------------------------------------------
                         RECEIPTS              DISBURSEMENTS
-------------------------------------------------------------------------------
TRUSTEE                  21,256.00

PRIORITY                                              .00

                    PAGE  1 - CONTINUED ON NEXT PAGE
         CASE NO. 05 B 50810 REGINALD M COLLINS & MURIEL J COLLINS
```

```
SECURED                                                             .00
UNSECURED                                                      16,682.94
    INTEREST                                                    1,144.57
ADMINISTRATIVE                                                  2,200.00
TRUSTEE COMPENSATION                                            1,188.31
DEBTOR REFUND                                                      40.18
                                       ---------------    ---------------
TOTALS                                      21,256.00          21,256.00
```

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

```
                              /s/ Tom Vaughn
  Dated: 02/28/08             _____
                              TOM VAUGHN
                              CHAPTER 13 TRUSTEE
```